```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

Elvis-Jack Pacaya

    v.                                                Case No. 23-cv-279-LM

Freedom Mortgage Corp., et al

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 14, 2023. For the reasons explained therein, Grafton County Sheriff Dept.'s motion to dismiss (Doc. No. 4) is granted.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                    /s/ Landya B. McCafferty
                                                    Landya B. McCafferty
                                                    Chief Judge

Date: August 1, 2023

cc:   Elvis-Jack: Pacaya, pro se
       Counsel of Record