UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Elvis-Jack Pacaya

     v.

Freedom Mortgage Corp.                    Case No. 23-cv-279-LM
Orlans, PC
Federal Mortgage Home Loan Corp.
Grafton County Sheriff's Dept.


ORDER

    No objection having been filed, I herewith approve the Report and

Recommendation of Magistrate Judge Andrea K. Johnstone dated July 19,

2023. For the reasons explained therein, the motion to dismiss (Doc.

No. 6) filed by defendant Orlans PC is granted.

    "'[O]nly those issues fairly raised by the objections to the

magistrate's report are subject to review in the district court and

those not preserved by such objection are precluded on appeal.'"

School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st

Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848

F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-

Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to

file a specific objection to magistrate's report will waive the right

to appeal).

                                    /S/ Landya B. McCafferty
                                    Landya B. McCafferty
                                    Chief Judge

Date: August 7, 2023


cc:  Elvis-Jack Pacaya, pro se
     Counsel of Record