```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

Elvis-Jack Pacaya

    v.                                     Case No. 23-cv-279-LM

Freedom Mortgage Corp., et al

<u>ORDER</u>

Having considered the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 31, 2024, and the two Report and Recommendations dated February 5, 2024. For the reasons explained therein, Freedom's motion for vexatious litigant injunction and sanctions (Doc. No. 15) is denied; Freedom's motion to dismiss (Doc. No. 13) is granted; and Freddie Mac's motion to dismiss (Doc. No. 23) is granted.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

All remaining motions (Doc. Nos. 38, 41, 42, 44, and 52) are denied as moot.

    The Clerk is directed to enter judgment and close this case.

                                           _____
                                           Landya B. McCafferty
                                           Chief Judge

Date: March 7, 2024


cc:    Elvis-Jack Pacaya, pro se
        Counsel of Record